[No. 16578-0-I.   Division One.   January 6, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
FINDLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 84-1-00542-9, John E. Rutter, Jr., J., entered May 10, 1985. *Affirmed* by unpublished opinion per Cole, J. Pro Tem., concurred in by Ringold, A.C.J., and Swanson, J.

[No. 19498-4-I.   Division One.   January 6, 1988.]

CEDAR DOWNS HOMEOWNERS ASSOCIATION, *Respondent,* v.
HUGH G. GOLDSMITH & ASSOCIATES, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86-2-11027-5, Jim Bates, J., entered October 24, 1986. *Affirmed* by unpublished opinion per Williams, J., concurred in by Webster and Pekelis, JJ.

[No. 16925-4-I.   Division One.   January 6, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. GEORGE
MICHAEL SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-00421-0, Stephen M. Reilly, J., entered July 10, 1985. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Cole, J. Pro Tem., Ringold, A.C.J., dissenting.